IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

JOSIAH STONE,
          Plaintiff,

v.                                                        Case No. CIV-08-266-RAW

ELOHIM, INC.
          Defendant.

## ORDER

Before the court is the motion to dismiss for failure to state a claim upon which relief can be granted by Elohim, Inc. ("Elohim") [Docket No. 39]. In his Complaint, Plaintiff alleges that Elohim is 501(c)(3) corporation and improperly tried to evict Plaintiff, a "member," from corporate land. Elohim argues that it is not a 501(c)(3) corporation, and that Plaintiff is not now and has never been a "member" of Elohim. Elohim provides a copy of its articles of incorporation

The deadline for filing a response to this motion has passed. Plaintiff has not filed any response. Viewing Plaintiff's Complaint liberally, it fails to state a claim against Elohim upon which relief can be granted. Accordingly, the motion to dismiss [Docket No 39] is hereby GRANTED, and the action against Elohim is hereby DISMISSED.

IT IS SO ORDERED this 6th day of November, 2008.

**Dated this 6th Day of November 2008.**

J4h4i0

                                                                    Ronald A. White
                                                                      United States District Judge
                                                                      Eastern District of Oklahoma